**RECEIVED**

**FILED**

UNITED STATES COURT OF APPEALS

APR **1 9** 2006

**APR 17 2006**

FOR THE NINTH CIRCUIT

CLERK, U.S. DISTRICT COURT

**CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS**

ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 03-30154 |
| Plaintiff - Appellee, | D.C. No. CR-02-0039-A-JKS-1 District of Alaska, |
| v. | Anchorage |
| DAVID M. KAZNAKOFF, | |
| Defendant - Appellant. | ORDER |

Before:  KOZINSKI, RYMER and PAEZ, Circuit Judges.

The court has reviewed appellee's motion to dismiss this appeal as moot and appellant's statement of non-opposition to the motion.  The motion to dismiss this appeal as moot is granted.  All other pending motions are denied as moot.

**DISMISSED.**

MOATT