UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
MAY 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| UNITED STATES OF AMERICA, | No. 03-30154 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-0039-A-JKS-1 |
| V. | |
| DAVID M. KAZNAKOFF, | JUDGMENT |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 04/17/06

A TRUE COPY
ATTEST  5/9/06
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk